# TILEM & ASSOCIATES, PC

188 East Post Road – 3rd Floor
White Plains, New York 10601
914-833-9785
Fax 914-833-9788
www.tilemlawfirm.com

**Partners**
Peter H. Tilem, Esq.*
**Associates**
Hillary M. Nappi, Esq. ♦
Cindy N. Brown, Esq. #
Robert M. Schechter, Esq. ⁀
**Of Counsel**
Jasmine Hernandez, Esq. #

\* Admitted in NY & CT
\# Admitted in NY
♦ Admitted in NY & NJ
⁀ Admitted in NY, DC &
US Tax Court

October 31, 2018

**VIA ECF**
Hon. Judith McCarthy
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    Jozwicki and Skrzeczkowski vs. Beam Construction Inc. et al.
             Case No.: 7:17-CV-01084-KMK

Dear Judge McCarthy:

      I write this letter in compliance with Your Honor's February 6, 2018 Order requesting that Counsel provide an update on the status of the bankruptcy proceeding.

      I just received a status update from Defendant's bankruptcy attorney. I am advised by Defendant Fabjanowski's bankruptcy attorney Michelle Trier, Esq., that the debt was discharged on or about October 23, 2018. This debt includes the claims arising from this litigation.

Sincerely,

Robert M. Schechter, Esq.

cc: Hon. Kenneth Karas

     Darius Marzec, Esq.
     Attorney for Plaintiffs

**SO ORDERED:**
The Court has scheduled a status conference for November 9, 2018 at 11:00 a.m. in Courtroom 421 before the undersigned.

_____ 10-31-18
JUDITH C. McCARTHY
United States Magistrate Judge