UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PIOTR JOZWICKI and MICHAL SKRZECZKOWSKI, individually and on behalf of all other persons similarly situated who were employed by BEAM CONSTRUCTION INC., and/or any other entities affiliated with or controlled by BEAM CONSTRUCTION INC.,

Plaintiffs,

- against -

BEAM CONSTRUCTION INC. and MARK FABJANOWSKI A/K/A MAREK FABJANOWSKI,

Defendants.

Case No.: 7:17-cv-01084 (KMK)

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between PIOTR JOZWICKI and MICHAL SKRZECZKOWSKI ("Plaintiffs") and BEAM CONSTRUCTION INC. and MARK FABJANOWSKI A/K/A MAREK FABJANOWSKI ("Defendants"), through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, that Plaintiffs' Complaint shall be dismissed without prejudice.

Dated: October 26, 2020

By: _____
Darius A. Marzec, Esq.
Marzec Law Firm, P.C.
776A Manhattan Avenue, Suite 104
Brooklyn, New York 11222
*Attorneys for Plaintiffs*

Dated: October 27, 2020

By: _____
Hillary M. Nappi, Esq.
Tilem & Associates, P.C.
188 East Post Road
White Plains, New York 10601
*Attorneys for Defendants*

The Court hereby approves the dismissal of the instant action without prejudice.

SO ORDERED this __30__ day of __October__, 2020

_____
HON. KENNETH M. KARAS
United States District Judge